# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| FELIPE GARCIA, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 16–635–CG–B |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby

**ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff Felipe Garcia's claim for bad faith against Certain Underwriters at Lloyd's, London be **DISMISSED with prejudice** as time barred.

Done and ordered this 25th day of May, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE