## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| FELIPE GARCIA, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL NO. 16-00635-CG-B |
| | ) | |
| CERTAIN UNDERWRITERS AT | ) | |
| LLOYD'S, LONDON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED**,

**ADJUDGED**, and **DECREED** that judgment is entered in favor of Defendants

Certain Underwriters at Lloyd's, London, et. al. and against Plaintiff Felipe Garcia.

Summary judgment having been entered in Defendants' favor, this action is hereby

**DISMISSED with prejudice**.

**DONE** and **ORDERD** this 6th day of February, 2018.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE